The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLI BROWN and LACEY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA AIRLINES, INC., and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Defendants. | Case No. 22-CV-00668 BJR<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT |

Considering Defendant's Unopposed Motion for an Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiffs' Complaint, the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint is extended to and including June 24, 2022.

DATED this 7th day of June, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

///
///

ORDER - 1
(CAUSE NO. 22-CV-00668 BJR)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

84146591v.1

1  *Presented by:*
2  Lynn Kappleman, Pro Hac Vice
   Lauren Parris Watts, WSBA No. 44064
3  SEYFARTH SHAW LLP
   999 Third Avenue, Ste. 4700
4  Seattle, WA 98104

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER - 2
(CAUSE NO. 22-CV-00668 BJR)

84146591v.1

Seyfarth Shaw LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910