Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARLI BROWN and LACY SMITH,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALASKA AIRLINES, INC., and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>    Defendants. | CASE NO. 22-CV-00668-BJR<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

Considering Defendant AFA's Unopposed Motion for an Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiffs' Complaint, the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint is extended to and including July 5, 2022.

DATED this 15th day of June, 2022.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT – Page 1
Case No. 22-CV-00668-BJR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

**BARNARD IGLITZIN & LAVITT LLP**

1

2   *s/Kathleen P. Barnard*
    Kathleen P. Barnard, WSBA No. 17896
3   **BARNARD IGLITZIN & LAVITT LLP**
    18 W Mercer St, Suite 400
4   Seattle, WA 98119
    Tel: (206) 257-6002
5   barnard@workerlaw.com

6   *Attorney for Association of Flight Attendants-CWA, AFL-CIO*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT – Page 2
Case No. 22-CV-00668-BJR

18 WEST MERCER ST., STE. 400   **BARNARD**
SEATTLE, WASHINGTON 98119   **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132   **LAVITT LLP**