The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLI BROWN and LACEY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA AIRLINES, INC., and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Defendants. | Case No. 22-CV-00668 BJR<br><br>ORDER GRANTING THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT |

Considering Defendant's Third Unopposed Motion for an Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiffs' Complaint, the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint is extended to and including August 23, 2022.

DATED this 9th day of August, 2022.

*/s/ Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER - 1
(CAUSE NO. 22-CV-00668 BJR)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

85835809v.1

1  *Presented by:*

2  Lynn Kappleman, Pro Hac Vice
3  Lauren Parris Watts, WSBA No. 44064
   SEYFARTH SHAW LLP
4  999 Third Avenue, Ste. 4700
   Seattle, WA 98104
5
     SEYFARTH SHAW LLP
6
7   By: *s/ Lauren Parris Watts*
        Lauren Parris Watts, WSBA 44064
8       Kira J. Johal, WSBA 53549
        999 3rd Avenue, Ste. 4700
9       Seattle, WA 98104
        (206) 946-4910
10      lpwatts@seyfarth.com
        kjohal@seyfarth.com
11
    **Attorneys for Defendant Alaska Airlines, Inc.**

ORDER GRANTING THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER - 2
(CAUSE NO. 22-CV-00668 BJR)

S<small>EYFARTH</small> S<small>HAW</small> LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

85835809v.1