IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MARLI BROWN AND LACEY SMITH**, <br><br>*Plaintiffs*, <br><br> V. <br><br> **ALASKA AIRLINES, INC., and ASSOCATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO**, <br><br> *Defendants*. | NO. 2:22-CV-668-BJR <br><br> AMENDED ORDER SETTING TRIAL DATES AND RELATED DATES |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, and based on Plaintiffs' Unopposed Motion to Amend Scheduling Order, the Court amends the Order Setting Trial Dates and Related dates in this case as detailed below:

| | |
|---|---|
| JURY TRIAL DATE | March 6, 2024 |
| Reports from expert witness under FRCP 26(a)(2) due | August 10, 2023 |
| Discovery completed by | September 10, 2023 |
| All dispositive motions must be filed by | October 9, 2023 |
| All motions in limine must be filed by | February 2, 2024 |
| Joint Pretrial Statement | February 12, 2024 |
| Pretrial conference | February 23, 2024 |
| Length of Jury Trial | 7-10 days |

Order -Plaintiffs' Unopposed Motion to Amend Scheduling Order (No. 2-22-CV-668-BJR)

1

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (210) 701-9243

**SO ORDERED.**

DATED this 17th day of January, 2023.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented this January 12, 2023 by:

**Joel B. Ard**
WSBA # 40104
ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
joel@ard.law

Order -Plaintiffs' Unopposed Motion to Amend Scheduling Order
(No. 2-22-CV-668-BJR)
2
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (210) 701-9243