HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLI BROWN and LACEY SMITH, | Case No. 2:22-cv-00668-BJR |
| Plaintiffs, | AMENDED ORDER SETTING TRIAL DATES AND RELATED DATES |
| v. | |
| ALASKA AIRLINES, INC., and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, | |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this court, and based on Defendant Alaska Airline, Inc.'s Unopposed Motion to Amend Scheduling Order, the Court amends the Order Setting Trial Dates and Related dates in this case as detailed below:

| | |
|---|---|
| JURY TRIAL DATE | June 4, 2024 |
| Reports from expert witness under FRCP 26(a)(2) due | November 13, 2023 |
| Discovery completed by | December 11, 2023 |
| All dispositive motions must be filed by | January 8, 2024 |
| All motions in limine must be filed by | May 6, 2024 |
| Joint Pretrial Statement | May 16, 2024 |
| Pretrial conference | May 28, 2024 |

ORDER - DEFENDANT ALASKA'S UNOPPOSED
MOTION TO AMEND SCHEDULING ORDER
(CAUSE NO. 22-CV-00668 BJR) - 1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

| Length of Jury Trial | 7-10 days |
|---|---|

IT IS SO ORDERED.

Dated: June 5, 2023.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented by:*

SEYFARTH SHAW LLP

By:   s/ *Lynn A. Kappelman*
Lynn A. Kappelman, *Pro Hac Vice*
Seaport East, Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Phone:   (617) 946-4800
Email:   lkappelman@seyfarth.com

By:   s/ *Lauren Parris Watts*
Lauren Parris Watts, WSBA No.: 44064
999 Third Avenue, Ste. 4200
Seattle, WA 98101
Phone:   (206) 946-4970
Email:   lpwatts@seyfarth.com

By:   s/ *Kira Johal*
Kira Johal, WSBA No.: 53549
999 Third Avenue, Ste. 4200
Seattle, WA 98101
Phone:   (206) 946-4977
Email:   kjohal@seyfarth.com

*Counsel for Defendant Alaska Airlines, Inc.*

ORDER
(CAUSE NO. 22-CV-00668 BJR) - 2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910