HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLI BROWN and LACEY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ALASKA AIRLINES, INC., and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO,<br><br>Defendants. | Case No. 2:22-cv-00668-BJR<br><br>AMENDED ORDER SETTING TRIAL DATES AND RELATED DATES |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this court, based on Plaintiffs' Unopposed Motion to Continue Trial and finding good cause therefor, the Court amends the Order Setting Trial Dates and Related dates in this case as detailed below:

| **JURY TRIAL DATE** | **February 10, 2025** |
|---|---|
| All motions in limine must be filed by | January 2, 2025 |
| Joint Pretrial Statement | January 13, 2025 |
| Pretrial conference | January 28, 2025 |
| Length of Jury Trial | 7-10 days |

ORDER - 1
No. 2:22-cv-00668-BJR

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243

IT IS ORDERED SO ORDERED.

DATED this 11th day of April, 2024.

                                                           _Barbara J. Rothstein_
                                                           Barbara Jacobs Rothstein
                                                           U.S. District Court Judge

*Presented by:*

Order - 2
No. 2:22-CV-00668-BJR

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243

                                                         *s/ Joel B. Ard*
                                             **Joel B. Ard**, WSBA # 40104
ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
joel@ard.law

**Jeffrey C. Mateer** *(Pro Hac Vice)*
**David J. Hacker** *(Pro Hac Vice)*
**Stephanie N. Taub** *(Pro Hac Vice)*
FIRST LIBERTY INSTITUTE
2001 West Plano Pkwy., Ste. 1600
Plano, TX 75075
(972) 941-4444
jmateer@firstliberty.org
dhacker@firstliberty.org
staub@firstliberty.org

**Sharon Fast Gustafson** *(Pro Hac Vice)*
**Rebecca R. Dummermuth** *(Pro Hac Vice)*
**Tabitha M. Harrington** *(Pro Hac Vice)*
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. N.W., Ste. 1410
Washington, DC 20004
(202) 921-4105
sharon.fast.gustafson@gmail.com
bdummermuth@firstliberty.org
tharrington@firstliberty.org

**Andrew W. Gould** *(Pro Hac Vice)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2575 East Camelback Road, Suite 860
Phoenix, AZ 85016
(540) 341-8808
agould@holtzmanvogel.com

   *Attorneys for Plaintiffs*

ORDER - 3
NO. 2:22-CV-00668-BJR

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243