# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLI BROWN and LACEY SMITH, Plaintiffs,<br><br>v.<br><br>ALASKA AIRLINES, INC., and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:22-cv-668-BJR |

\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

For the reasons set forth in the Order Granting Defendants' Motions for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment, Dkt. No. 186, dated May 22, 2024, the Court granted summary judgment in favor of Defendants, dismissing Plaintiffs' claims.

Dated May 22, 2024.

                                                Ravi Subramanian
                                                Clerk of Court

                                                s/*Serge Bodnarchuk*
                                                Deputy Clerk