The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **MARLI BROWN** and **LACEY SMITH**,<br><br>*Plaintiffs-Appellants*,<br><br>v.<br><br>**ALASKA AIRLINES, INC.**, and **ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO**,<br><br>*Defendants-Appellees*. | No. 2:22-CV-668-BJR |

## NOTICE OF APPEAL

Plaintiffs Marli Brown and Lacey Smith appeal to the U.S. Court of Appeals for the Ninth Circuit the attached Judgment [Document No. 187] of this Court, dated May 22, 2024, and all opinions and orders that merge into the Judgment, including but not limited to the final Order [Document No. 186], dated May 22, 2024. The Representation Statement listing the parties and counsel on appeal is attached per Ninth Circuit Rule 3-2(b).

Respectfully submitted this 17th day of June 2024.

*/s/ Joel B. Ard*
**Joel B. Ard**
ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
joel@ard.law

**Andrew W. Gould (***Pro Hac Vice***)**
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC (AZ)
2575 E. Camelback Rd., Suite 860
Esplanade Tower IV
Phoenix, AZ 85016
(540) 341-8808
agould@holtzmanvogel.com

**Jeffrey C. Mateer** *(Pro Hac Vice)*
**David J. Hacker** *(Pro Hac Vice)*
**Stephanie N. Taub** *(Pro Hac Vice)*
FIRST LIBERTY INSTITUTE
2001 West Plano Pkwy., Ste. 1600
Plano, TX 75075
(972) 941-4444
jmateer@firstliberty.org
dhacker@firstliberty.org
staub@firstliberty.org

**Rebecca R. Dummermuth** *(Pro Hac Vice)*
**Tabitha M. Harrington** (*Pro Hac Vice*)
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. N.W., Ste. 1410
Washington, DC 20004
(202) 921-4105
bdummermuth@firstliberty.org
tharrington@firstliberty.org

*Attorneys for Plaintiffs-Appellants*