The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLI BROWN and LACEY SMITH,
Plaintiffs,

v.

ALASKA AIRLINES, INC., and
ASSOCIATION OF FLIGHT ATTENDANTS-
CWA, AFL-CIO,
Defendants.

NO. 2:22-cv-668

**ORDER GRANTING PLAINTIFFS' MOTION TO STAY CONSIDERATION OF DEFENDANTS' COSTS**

THIS MATTER having come before the Court on Plaintiffs Marli Brown and Lacey Smith's Motion to Stay Consideration of Defendants' Costs or Enforcement of Any Costs Order Pending Appeal ("Motion"), the Court having considered the pleadings filed in support of and opposition to the Motion, and all other court files, and good cause having been found, the Court hereby rules as follows.

The Court has weighed the factors for consideration on a party's motion to stay a motion for bill of costs, and hereby GRANTS the motion. While Plaintiffs have not made a "strong showing" that they are likely to succeed on the merits of their appeal, the Court finds that staying consideration of the motions serves the interests of judicial efficiency. Furthermore, given the economic disparity between the parties, Defendants have not established they will suffer any

ORDER

- 1

hardship from a limited delay. Accordingly, Plaintiffs' Motion to Stay Consideration of Defendants' Costs Pending Appeal is hereby GRANTED. The two pending Motions for Bill of Costs, Dkt. Nos. 188 and 190, are hereby stricken with leave to refile at the appropriate time.

DATED this 8th day of October, 2024.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER

- 2