UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLI BROWN and LACEY SMITH,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., and ASSOCIATION OF FLIGHT ATTENDANTSCWA, AFL-CIO,<br><br>Defendant. | CASE NO. 2:22-cv-00668-JHC<br><br>ORDER |

The Ninth Circuit Court of Appeals has reversed and remanded this matter, which was reassigned to the undersigned judge two days ago, August 19, 2026. *See* Dkt. ## 208, 209. The Court ORDERS the parties to file a joint status report proposing a course of action that addresses the Ninth Circuit's remand and an accompanying timeline for the proposed course of action. The parties must file their joint status report of no more than five pages no later than 10 days after entry of this order.

//

//

//

//

Dated this 21st day of August, 2026.

John H. Chun
United States District Judge